DCG/FAL: USAO2016R00281

U.S. DISTRICT COURT
DISTRICT OF MARYLAND

2016 MAY 23   PM 12: 31

CLERK'S OFFICE
AT GREENBELT

BY _____ DEPUTY

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA | * |
| v. | * CRIMINAL NO. 8:16-cr-253-TDC |
| TEDDY GARDNER and ROCKELLE GARDNER, | * (Second-Degree Child Abuse, 18 U.S.C. § 13, Assimilating Md. Code, Criminal Law § 3-601(d)(1)(i); Neglect of a Minor, 18 U.S.C. § 13, Assimilating Md. Code, Criminal Law § 3-602.1; Aiding and Abetting, 18 U.S.C. § 2) |
| Defendants | |

*********

### INDICTMENT

### COUNT ONE
### (Second-Degree Child Abuse)

The Grand Jury for the District of Maryland charges that:

Between on or about November 11, 2015 and on or about November 14, 2015, in the District of Maryland, on lands within the special maritime and territorial jurisdiction of the United States, the defendants,

### TEDDY GARDNER and
### ROCKELLE GARDNER,

being parents and other persons who had permanent care, custody, and responsibility for the supervision of Victim 1, a minor, did cause abuse to Victim 1, that is, the defendants caused physical injury sustained by Victim 1 as a result of cruel and inhumane treatment and a result of

a malicious act under circumstances that indicated that Victim 1's health and welfare was harmed and threatened by the cruel and inhumane treatment and the malicious act.

18 U.S.C. § 13,
assimilating Md. Code, Criminal Law § 3-601(d)(1)(i)
18 U.S.C. § 2

## COUNT TWO
### (Neglect of a Minor)

The Grand Jury for the District of Maryland further charges that:

Between on or about November 11, 2015 and on or about November 14, 2015, in the District of Maryland, on lands within the special maritime and territorial jurisdiction of the United States, the defendants,

**TEDDY GARDNER and
ROCKELLE GARDNER,**

being parents and other persons who had permanent care, custody, and responsibility for the supervision of Victim 1, a minor, did neglect Victim 1, that is, the defendants intentionally failed to provide necessary assistance and resources for the physical needs and mental health of Victim 1 and such failure created a substantial risk of harm to Victim 1's physical health and a substantial risk of mental injury to Victim 1.

18 U.S.C. § 13,
assimilating Md. Code, Criminal Law § 3-602.1
18 U.S.C. § 2

_Rod J. Rosenstein_
Rod J. Rosenstein
United States Attorney

A TRUE BILL:

**SIGNATURE REDACTED**
Foreperson

Date: May 23, 2016

3